```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
```

GEOFFREY HOCKMAN,
ROBERT D. FALOR and
THE FALOR COMPANIES, an
Illinois Corporation,

       Plaintiffs,

                                  Case No. 2:07-cv-14268-GCS-DAS
   vs.                            Hon. George Caram Steeh
                                  Magistrate Judge Donald A. Scheer

ROBERT C. SCHULER,

       Defendant.
   and

ROBERT C. SCHULER,

       Counter-Plaintiff,
   vs.

ROBERT D. FALOR and
THE FALOR COMPANIES, an
Illinois Corporation,

       Counter-Defendants.
_____/

| | |
|---|---|
| **MARJORIE L. KOLIN (P-39366)** | **PAUL J. MANION (P-17049)** |
| Attorney for Plaintiffs/ | **MATTHEW J. THOMAS (P-60283)** |
|   Counter-Defendants | Attorneys for Defendant/ |
| 31555 W. Fourteen Mile Road |   Counter-Plaintiff |
| Suite 214 | Fort Washington Plaza |
| Farmington Hills, MI 48334 | 333 W. Fort Street, Ste. 1600 |
| (248) 539-5400 | Detroit, MI  48226 |
| mlkolin@aol.com | (313) 965-6100 |
| | pmanion@rmrtt.com |
| | mthomas@rmrtt.com |

_____/

**STIPULATED ORDER REOPENING CASE**
**AND**
<u>**ORDER OF DISMISSAL**</u>

This matter having come before the Court upon stipulation of the parties, by and through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action, which was administratively closed pursuant to this Court's June 5, 2009 Order, is hereby reopened for purposes of entering an Order of Dismissal.

**IT IS FURTHER ORDERED** that the Plaintiffs' above-entitled cause of action shall be, and the same is, hereby dismissed, with prejudice, and without costs, interest or attorney fees to any party.

**IT IS FURTHER ORDERED** that Defendant's above-entitled counter-claim shall be, and the same is, hereby dismissed, with prejudice, and without costs, interest or attorney fees to any party.

s/George Caram Steeh<br>HON. GEORGE CARAM STEEH<br>U.S. District Judge

Dated: July 13, 2009

Agreed as to substance and form:

| | |
|---|---|
| s/ Marjorie L. Kolin | s/ Matthew J. Thomas |
| **MARJORIE L. KOLIN (P-39366)** | **PAUL J. MANION (P-17049)** |
| Attorney for Plaintiffs/ | **MATTHEW J. THOMAS (P-60283)** |
|   Counter-Defendants | Attorneys for Defendant/ |
| 31555 W. Fourteen Mile Road |   Counter-Plaintiff |
| Suite 214 | 333 West Fort Street, #1600 |
| Farmington Hills, MI 48334 | Detroit, MI  48226 |
| (248) 539-5400 | (313) 965-6100 |
| mlkolin@aol.com | pmanion@rmrtt.com |
| | mthomas@rmrtt.com |